1  Jill M. Kastner (CA Bar #211363)
   McDERMOTT WILL & EMERY LLP
2  3150 Porter Drive
   Palo Alto, CA 94304-1212
3  Telephone:   (650) 813-5000
   Facsimile:   (650) 813-5100
4
   Christopher Kliefoth
5  Jason A. Carey
   McDERMOTT WILL & EMERY LLP
6  600 13th Street, N.W.
   Washington, D.C. 20005-3096
7  Telephone:   (202) 756-8000
   Facsimile:   (202) 756-8087
8
   *Attorneys for the Chenery Defendants*
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                                          | Case No. 3:04-CV-05357
   REESE M. JONES, an individual,           |
13                                          | Electronic Case Filing
            Plaintiff,                      |
14                                          | **STIPULATION TO EXTEND TIME TO**
         v.                                 | **FILE REPLY MEMORANDUM IN**
15                                          | **SUPPORT OF MOTION TO DISMISS**
   DEUTSCHE BANK AG, a corporation;
16 DEUTSCHE BANK SECURITIES, INC, a
   corporation; MIO SYLVESTER, an individual;
17 MICHAEL SHERRY, an individual; STARS
   HOLDING COMPANY (formerly known as
18 myCFO, Inc., myInvestment Manager, LLC,
   myCFO Investment Advisory Services,
19 myCFO Securities, and myCPA, LLP, and
   doing business in California as Delaware
20 STARS Holding Company); CHENERY
   ASSOCIATES, a general partnership;
21 CHENERY ASSOCIATES, INC., a California
   corporation; CHENERY MANAGEMENT,
22 INC., a California corporation; CHENERY
   INVESTMENTS, INC., a California
23 corporation; CHENERY SERVICES, INC., a
   California corporation; CHENERY CAPITAL,
24 INC., a California corporation; SUSSEX
   FINANCIAL ENTERPRISES, INC., a
25 California corporation; ROY E. HAHN, an
   individual; LEBOEUF, LAMB, GREENE &
26 MACRAE, LLP, a limited,

27          Defendants.

28
   STIPULATION TO EXTEND TIME TO FILE REPLY
   MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

                                                                NY1 938276v1

1    WHEREAS the Court has before it motions to dismiss filed by Deutsche Bank AG and
2 Deutsche Bank Securities, Inc. (collectively, "Deutsche Bank"), and the Chenery
3 Defendants (Chenery Associates, Chenery Associates, Inc., Chenery Management, Inc., Chenery
4 Investments, Inc., Chenery Services, Inc., and Chenery Capital, Inc., Sussex Financial
5 Enterprises, Inc., and Roy E. Hahn).
6    WHEREAS Plaintiff has agreed to extend the time for Deutsche Bank and the Chenery
7 Defendants to submit their Reply memoranda in support of their motions to dismiss by one day.
8    THEREFORE: Plaintiff, Deutsche Bank and the Chenery defendants hereby stipulate and
9 agree that the Reply memoranda of Deutsche Bank and the Chenery defendants will be extended
10 to June 14, 2005.
11    The foregoing (which may be executed in counterparts) is hereby agreed to by:
12
13 McDERMOTT, WILL & EMERY
14
   /s/ Jill Kastner                                  Dated:  June 9, 2005
15 Jill M. Kastner (CA Bar #211363)
   McDERMOTT WILL & EMERY LLP
16 3150 Porter Drive
   Palo Alto, CA  94304-1212
17 Telephone:  (650) 813-5000
   Facsimile:  (650) 813-5100
18
   Christopher Kliefoth
19 Jason A. Carey
   McDERMOTT WILL & EMERY LLP
20 600 13th Street, N.W.
   Washington, D.C.  20005-3096
21 Telephone:  (202) 756-8000
   Facsimile:  (202) 756-8087
22 *Counsel for the Chenery Defendants*
23
24
25
26
27
28                            - 2 -
STIPULATION TO EXTEND TIME TO FILE REPLY
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| 1 | DEWEY BALLANTINE LLP | Dated: June 9, 2005 |
| 2 | | |
| 3 | By: /s/ David McLeod | |
| 4 | David S. McLeod<br>*Attorneys for Defendants Deutsche Bank* | |
| 5 | *AG, Deutsche Bank Securities Inc., d/b/a*<br>*Deutsche Bank Alex. Brown, a Division of* | |
| 6 | *Deutsche Bank Securities Inc.* | |

LUKENS LAW GROUP

/s/ Jennifer Jonak                                   Dated: June 9, 2005
William M. Lukens (SBN 037196)
Jennifer L. Jonak (SBN 191323)
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034
*Counsel for Reese Jones*

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

- 3 -

STIPULATION TO EXTEND TIME TO FILE REPLY
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

NY1 938276v1

David S. McLeod (SBN 66808)
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100
dmcleod@deweyballantine.com

Lawrence M. Hill
Seth C. Farber
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
lhill@deweyballantine.com
sfaber@deweyballantine.com

Attorneys for Defendants Deutsche Bank AG
and Deutsche Bank Securities Inc., d/b/a
Deutsche Bank Alex. Brown, a division of
Deutsche Bank Securities Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, | Case No. C-04-5357 JW |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEUTSCHE BANK AND CHENERY DEFENDANTS' REPLY MEMORANDA FROM JUNE 13, 2005, TO JUNE 14, 2005 |
| vs. | |
| DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC, a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; STARS HOLDING COMPANY (formerly known as myCFO, Inc., myInvestment Manager, LLC, myCFO Investment Advisory Services, myCFO Securities, and myCPA, LLP, and doing business in California as Delaware STARS Holding Company); CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an | Honorable James Ware |

1  individual; LEBOEUF, LAMB, GREENE & )
   MACRAE, LLP, a limited liability partnership; )
2  DOES ONE THROUGH THIRTY, inclusive; )
                                                )
3  Defendants.                                   )

4    Pursuant to the parties' stipulation filed on June 9, 2005, and attached hereto as Exhibit

5  A, the Court hereby orders that the Reply memoranda of the Deutsche Bank and Chenery
   Defendants will be filed on June 14, 2005.

6    IT IS SO ORDERED.

8  Dated: June 14, 2005

10   _____
     THE HONORABLE JAMES WARE
11   UNITED STATES DISTRICT JUDGE

DEWEY BALLANTINE LLP
333 South Grand Avenue
Los Angeles, California 90071-1530

-2-
[PROPOSED] ORDER EXTENDING TIME FOR DEUTSCHE BANK AND CHENERY
DEFENDANTS' REPLY MEMORANDA FROM JUNE 13, 2005, TO JUNE 14, 2005
C-04-5357 JW

# EXHIBIT A

Case 5:04-cv-05357-JW   Document 105   Filed 06/14/05   Page 7 of 11
Case 5:04-cv-05357-JW   Document 103   Filed 06/10/2005   Page 4 of 8
Case 5:04-cv-05357-JW   Document 102   Filed 06/09/2005   Page 1 of 3

Jill M. Kastner (CA Bar #211363)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Christopher Kliefoth
Jason A. Carey
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

*Attorneys for the Chenery Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC, a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; STARS HOLDING COMPANY (formerly known as myCFO, Inc., myInvestment Manager, LLC, myCFO Investment Advisory Services, myCFO Securities, and myCPA, LLP, and doing business in California as Delaware STARS Holding Company); CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; LEBOEUF, LAMB, GREENE & MACRAE, LLP, a limited,<br><br>Defendants. | Case No. 3:04-CV-05357<br><br>Electronic Case Filing<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

**STIPULATION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

NY1 938276v1

Case 5:04-cv-05357-JW   Document 105   Filed 06/14/05   Page 8 of 11
Case 5:04-cv-05357-JW   Document 103   Filed 06/10/2005   Page 5 of 8
Case 5:04-cv-05357-JW   Document 102   Filed 06/09/2005   Page 2 of 3

WHEREAS the Court has before it motions to dismiss filed by Deutsche Bank AG and Deutsche Bank Securities, Inc. (collectively, "Deutsche Bank"), and the Chenery Defendants (Chenery Associates, Chenery Associates, Inc., Chenery Management, Inc., Chenery Investments, Inc., Chenery Services, Inc., and Chenery Capital, Inc., Sussex Financial Enterprises, Inc., and Roy E. Hahn).

WHEREAS Plaintiff has agreed to extend the time for Deutsche Bank and the Chenery Defendants to submit their Reply memoranda in support of their motions to dismiss by one day.

THEREFORE: Plaintiff, Deutsche Bank and the Chenery defendants hereby stipulate and agree that the Reply memoranda of Deutsche Bank and the Chenery defendants will be extended to June 14, 2005.

The foregoing (which may be executed in counterparts) is hereby agreed to by:

McDERMOTT, WILL & EMERY

/s/ Jill Kastner
Jill M. Kastner (CA Bar #211363)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Dated: June 9, 2005

Christopher Kliefoth
Jason A. Carey
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
*Counsel for the Chenery Defendants*

- 2 -

STIPULATION TO EXTEND TIME TO FILE REPLY
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

NY1 938276v1

Case 5:04-cv-05357-JW   Document 105   Filed 06/14/05   Page 9 of 11
Case 5:04-cv-05357-JW   Document 103   Filed 06/10/2005   Page 6 of 8
Case 5:04-cv-05357-JW   Document 102   Filed 06/09/2005   Page 3 of 3

| | | |
|---|---|---|
| 1 | DEWEY BALLANTINE LLP | Dated: June 9, 2005 |
| 2 | | |
| 3 | By: /s/ David McLeod | |
| 4 | David S. McLeod<br>*Attorneys for Defendants Deutsche Bank* | |
| 5 | *AG, Deutsche Bank Securities Inc., d/b/a*<br>*Deutsche Bank Alex. Brown, a Division of* | |
| 6 | *Deutsche Bank Securities Inc.* | |
| 7 | | |
| 8 | LUKENS LAW GROUP | |
| 9 | /s/ Jennifer Jonak | Dated: June 9, 2005 |
| 10 | William M. Lukens (SBN 037196)<br>Jennifer L. Jonak (SBN 191323) | |
| 11 | LUKENS LAW GROUP<br>One Maritime Plaza, Suite 1600 | |
| 12 | San Francisco, CA 94111<br>Telephone: (415) 433-3000 | |
| 13 | Facsimile: (415) 781-1034<br>*Counsel for Reese Jones* | |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

- 3 -

**STIPULATION TO EXTEND TIME TO FILE REPLY
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

NY1 938276v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **333 South Grand Avenue, 26th Floor, Los Angeles, California 90071-1530**.

On June 10, 2005, I served the foregoing document(s) described as:

**[PROPOSED] ORDER EXTENDING TIME FOR DEUTSCHE BANK AND CHENERY DEFENDANTS' REPLY MEMORANDA FROM JUNE 13, 2005, TO JUNE 14, 2005**

by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[ X ]   **BY MAIL** I placed such envelopes with postage thereon prepaid in the United States Mail at 333 South Grand Avenue, 26th Floor, Los Angeles, California.

[ ]     **BY PERSONAL SERVICE** I caused such envelope to be given to a messenger for delivery by hand to the office of the addressee.

[ ]     **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error.

[ ]     **BY ELECTRONIC TRANSMISSION** The above referenced document was sent via electronic transmission to the addressee(s)' email address as indicated on the attached service list.

[ ]     **BY FEDERAL EXPRESS** I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

[ ]     **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]     **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2005, at Los Angeles, California.

Leticia Gomez
Type or Print Name                          Signature

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | <u>Reese M. Jones v. Deutsche Bank AG, et al.</u><br>USDC - Northern District of California | |
| 3 | Case No.: C 04 5357 JW | |
| 4 | | |
| 5 | William M. Lunkens, Esq.<br>Jennifer L. Jonak, Esq. | Attorneys for Plaintiff |
| 6 | LUNKENS LAW GROUP<br>One Maritime Plaza, Suite 1600 | |
| 7 | San Francisco, CA 94111<br>Tel: (415) 433-3000 | |
| 8 | Fax: (415) 781-1034 | |
| 9 | | |
| 10 | Blair C. Fensterstock, Esq.<br>Maureen M. McGuirl, Esq. | Attorney for Plaintiff |
| 11 | FENSTERSTOCK & PARTNERS, LLP<br>30 Wall Street | |
| 12 | New York, NY 10005<br>Tel: (212) 785-4100 | |
| 13 | Fax: (212) 785-4040 | |
| 14 | Christopher Kliefoth, Esq.<br>McDERMOTT, WILL & EMERY | Attorney for Defendants Chenery<br>Associates and Roy Hahn |
| 15 | 600 Thirteenth St., N. W.<br>Washington, D.C. 20005-3096 | |
| 16 | Fax: (202) 756-8087 | |
| 17 | Arturo Esteban Sandoval, Esq.<br>McDERMOTT, WILL & EMERY | Attorney for Defendants Chenery<br>Associates and Roy Hahn |
| 18 | 3150 Porter Drive<br>Palo Alto, CA 94304 | |
| 19 | Fax: (650) 813-5100 | |
| 20 | Amy Rice, Esq.<br>GAIMS, WEIL, WEST & EPSTEIN LLP | Attorney for Defendant Leboeuf, Lamb,<br>Greene & Macrae, LLP |
| 21 | 1875 Century Park East, 12th Floor<br>Los Angeles, CA 90067-2513 | |
| 22 | Fax: (310) 277-2133 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |