1 | David S. McLeod (SBN 66808)
DEWEY BALLANTINE LLP
2 | 333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
3 | Telephone: (213) 621-6000
Facsimile: (213) 621-6100
4 |
5 | Lawrence M. Hill
Seth C. Farber
DEWEY BALLANTINE LLP
6 | 1301 Avenue of the Americas
New York, New York 10019-6092
7 | Telephone: (212) 259-8000
Facsimile: (212) 259-6333
8 |
9 | Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Securities Inc., d/b/a Deutsche
Bank Alex. Brown, a division of Deutsche Bank
10 | Securities Inc.



IT IS SO ORDERED
Judge James Ware

11                IN THE UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, | Case No. C-04-5357 JW |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC., a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; DOES ONE THROUGH THIRTY, inclusive; Defendants. | |

**Stipulation And [Proposed] Order Extending Time To Respond To First Amended Complaint
C-04-5357 JW**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Reese M. Jones and Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc. (collectively, "Deutsche Bank"), by their undersigned counsel, that the time for Deutsche Bank to answer or move against or otherwise respond to the First Amended Complaint is extended to August 12, 2005.

Dated: July 29, 2005

LUKENS LAW GROUP
William M. Lukens
Jennifer L. Jonak

By: /s/ Jennifer L. Jonak
Attorneys for Plaintiff

DEWEY BALLANTINE LLP
David S. McLeod
Lawrence M. Hill
Seth C. Farber

By: /s/ David S. McLeod
David S. McLeod
Attorneys for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., d/b/a Deutsche Bank Alex. Brown, a Division of Deutsche Bank Securities Inc.

## Order

Based on the foregoing Stipulation between the parties, the Court hereby ORDERS that the time for Deutsche Bank AG and Deutsche Bank Securities, Inc. to answer or move against or otherwise respond to the First Amended Complaint is extended to August 12, 2005.

IT IS SO ORDERED.

Dated: Aug. 9  2005

/s/ James Ware
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

LA1 223875v1

**Stipulation And [Proposed] Order Extending Time To Respond To First Amended Complaint**
**C-04-5357 JW**

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **333 South Grand Avenue, 26th Floor, Los Angeles, California 90071-1530**.

On July 29, 2005, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[ X ]   **BY MAIL**  I placed such envelopes with postage thereon prepaid in the United States Mail at 333 South Grand Avenue, 26th Floor, Los Angeles, California.

[ ]   **BY PERSONAL SERVICE**  I caused such envelope to be given to a messenger for delivery by hand to the office of the addressee.

[ ]   **BY FACSIMILE**  The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error.

[ ]   **BY ELECTRONIC TRANSMISSION**  The above referenced document was sent via electronic transmission to the addressee(s)' email address as indicated on the attached service list.

[ ]   **BY FEDERAL EXPRESS**  I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

[ ]   **STATE**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2005, at Los Angeles, California.

Leticia Gomez
Type or Print Name                           Signature

# SERVICE LIST

<u>Reese M. Jones v. Deutsche Bank AG, et al.</u>
USDC - Northern District of California
Case No.:  C 04 5357 JW

| | |
|---|---|
| William M. Lunkens, Esq.<br>Jennifer L. Jonak, Esq.<br>LUNKENS LAW GROUP<br>One Maritime Plaza, Suite 1600<br>San Francisco, CA  94111<br>Tel: (415) 433-3000<br>Fax: (415) 781-1034 | Attorneys for Plaintiff |
| Blair C. Fensterstock, Esq.<br>Maureen M. McGuirl, Esq.<br>FENSTERSTOCK & PARTNERS<br>30 Wall Street<br>New York, NY 10005<br>Tel: (212) 785-4100<br>Fax: (212) 785-4040 | Attorney for Plaintiff |
| Christopher Kliefoth, Esq.<br>McDERMOTT, WILL & EMERY<br>600 Thirteenth St., N. W.<br>Washington, D.C.  20005-3096<br>Fax: (202) 756-8087 | Attorney for Defendants Chenery Associates and Roy Hahn |
| Arturo Esteban Sandoval, Esq.<br>McDERMOTT, WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA  94304<br>Fax: (650) 813-5100 | Attorney for Defendants Chenery Associates and Roy Hahn |
| Amy Rice, Esq.<br>GAIMS, WEIL, WEST & EPSTEIN<br>1875 Century Park East, 12th Floor<br>Los Angeles, CA  90067-2513<br>Fax: (310) 277-2133 | Attorney for Defendant Leboeuf, Lamb, Greene & Macrae, LLP |