LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

FENSTERSTOCK & PARTNERS, LLP
MAUREEN M. MCGUIRL (SBN 104071)
30 Wall Street
New York, NY 10005
Telephone:  (212) 785-4100
Facsimile:  (212) 785-4040

RUBY & SCHOFIELD
ALLEN J. RUBY (SBN 047109)
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone:  (408) 998-8500
Facsimile:  (408) 998-8503

Attorneys for Plaintiff Reese M. Jones



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>DEUTSCHE BANK AG, a corporation;<br>DEUTSCHE BANK SECURITIES, INC, a<br>corporation; MIO SYLVESTER, an individual;<br>MICHAEL SHERRY, an individual; CHENERY<br>ASSOCIATES, a general partnership; CHENERY<br>ASSOCIATES, INC., a California corporation;<br>CHENERY MANAGEMENT, INC., a California<br>corporation; CHENERY INVESTMENTS, INC., a<br>California corporation; CHENERY SERVICES,<br>INC., a California corporation; CHENERY<br>CAPITAL, INC., a California corporation;<br>SUSSEX FINANCIAL ENTERPRISES, INC., a<br>California corporation; ROY E. HAHN, an<br>individual; DOES ONE THROUGH THIRTY,<br>inclusive;<br><br>        Defendants. | Case No. 3:04-CV-05357 JW<br><br><br>**STIPULATION TO FILING OF<br>PLAINTIFF'S AMENDED<br>COMPLAINT;<br>ORDER** |

Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

1

2          WHEREAS, Plaintiff has filed a motion for leave to amend his complaint, to be

3  heard on December 19, 2005 ("Motion to Amend");

4          WHEREAS, the parties have agreed that they shall not oppose or object to the

5  filing of the [Proposed] Second Amended Complaint attached as Exhibit A to the Motion

6  to Amend;

7          WHEREAS, Plaintiff has agreed to extend defendants' time to answer the

8  amended complaint;

9

10         IT IS HEREBY STIPULATED by and between counsel for Plaintiff Reese M.

11  Jones and the Deutsche Bank defendants (Deutsche Bank AG and Deutsche Bank

12  Securities, Inc.), the Chenery defendants (Chenery Associates, Chenery Associates, Inc.,

13  Chenery Management, Inc., Chenery Investments, Inc., Chenery Services, Inc., Chenery

14  Capital, Inc., Sussex Financial Enterprises, Inc. and Roy E. Hahn), that defendants shall

15  not oppose or object to Plaintiff filing the [Proposed] Second Amended Complaint

16  attached as Exhibit A to the Motion to Amend, and that upon the Court's approval of this

17  Stipulation and Order granting Plaintiff leave to file this [Proposed] Second Amended

18  Complaint, the Deutsche Bank defendants shall have twenty (20) days from the date of

19  entry of the Court's Order authorizing or approving this Stipulation to answer the Second

20  Amended Complaint.  The parties further stipulate that the hearing on Plaintiff's Motion

21  to Amend shall be taken off calendar in accordance with this Stipulation.

22

23

24

25

26

27

28

STIPULATION TO FILING OF PLAINTIFF'S AMENDED COMPLAINT (Case No. 3:04-CV-5357)          S

The attorney for the filing party attests that concurrence in this document has been obtained from the other signatories.


Dated:  November 29, 2005          LUKENS LAW GROUP
                                   JENNIFER L. JONAK (SBN 191323)


                                   BY:        /s/ Jennifer L. Jonak
                                           JENNIFER L. JONAK
                                           *Attorneys for Plaintiff Reese M. Jones*


Dated:  November 29, 2005          FREELAND COOPER & FOREMAN LLP
                                   DANIEL T. BERNHARD (SBN 104229)


                                   BY:   /s/ Daniel T. Bernhard
                                           DANIEL T. BERNHARD
                                           *Attorneys for Chenery defendants*


Dated:  November 29, 2005          DEWEY BALLANTINE LLP
                                   DIANNE F. COFFINO


                                   BY:   /s/ Dianne F. Coffino
                                           DIANNE F. COFFINO
                                           *Attorneys for Deutsche Bank defendants*


## ORDER

IT IS SO ORDERED.

November 30, 2005

                                   _____
                                       HON. JAMES WARE
                                   U.S. DISTRICT COURT JUDGE


STIPULATION TO FILING OF PLAINTIFF'S AMENDED COMPLAINT (Case No. 3:04-CV-5357)          S