```
David S. McLeod (SBN 66808)
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

Lawrence M. Hill
Seth C. Farber
Dianne Coffino
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Defendants
DEUTSCHE BANK AG and DEUTSCHE
BANK SECURITIES, INC., d/b/a
DEUTSCHE BANK ALEX. BROWN,
A DIVISION OF DEUTSCHE BANK
SECURITIES, INC.
```



IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, | Case No. C-04-5357 JW |
| Plaintiff, | **STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| vs. | |
| DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC, a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; DOES ONE THROUGH THIRTY, inclusive; | Honorable James Ware

Case Management Conference Date:
April 24, 2006 |
| Defendants. | |

STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE; [PROPOSED]
ORDER THEREON

1  WHEREAS, a case management conference in this action is set for April 24, 2006
2  (the "April 24 Conference"); and
3  WHEREAS, in connection with the April 24 Conference, the Court requested that
4  the parties file a joint statement of undisputed facts by April 14, 2006 (the "Joint Statement");
5  and
6  WHEREAS, the parties have conferred and agreed that, subject to the approval of
7  the Court, it would be prudent to adjourn the April 24 Conference and submission of the Joint
8  Statement for a period of no more than two months pending their receipt of documents,
9  responses to certain outstanding documents requests and taking of depositions.
10  NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the
11  parties, subject to the Court's approval, that:
12  1.  The April 24, 2006 case management conference is adjourned to June 19,
13  2006.
14  2.  The Joint Statement shall be submitted to the Court on June 9, 2006.

Dated: April 13, 2006          DEWEY BALLANTINE LLP

                               By: _____
                                    Dianne Coffino

                               *Attorneys for Defendants Deutsche Bank AG
                               and Deutsche Bank Securities Inc.*

Dated: April 13, 2006          LUKENS LAW GROUP

                               By: _____
                                    Jennifer Jonak

                               *Attorneys For Plaintiff Reese M. Jones*

STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE; [PROPOSED]
ORDER THEREON

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing therefore, it is ORDERED that the April 24 Conference in the above-referenced matter is ADJOURNED to June 19, 2006. The Parties shall submit the Joint Statement on June 9, 2006.

Dated: April 17, 2006

_____
Honorable James Ware
United States District Judge

STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON