1   LUKENS LAW GROUP
    WILLIAM M. LUKENS (SBN 037196)
2   JENNIFER L. JONAK (SBN 191323)
    One Maritime Plaza, Suite 1600
3   San Francisco, CA 94111
    Telephone: (415) 433-3000
4   Facsimile: (415) 781-1034

5   FENSTERSTOCK & PARTNERS, LLP
    MAUREEN M. MCGUIRL (SBN 104071)
6   30 Wall Street
    New York, NY 10005
7   Telephone:  (212) 785-4100
    Facsimile:  (212) 785-4040
8
    RUBY & SCHOFIELD
9   ALLEN J. RUBY (SBN 047109)
    125 South Market Street, Suite 1001
10  San Jose, CA 95113
    Telephone:  (408) 998-8500
11  Facsimile:  (408) 998-8503

12  Attorneys for Plaintiff Reese M. Jones



13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16  REESE M. JONES, an individual,                Case No. 3:04-CV-05357 JW

17              Plaintiff,

18       v.                                        **STIPULATION TO DISMISSAL
                                                   WITH PREJUDICE OF
19                                                 CHENERY DEFENDANTS**
    DEUTSCHE BANK AG, a corporation;
20  DEUTSCHE BANK SECURITIES, INC, a
    corporation; MIO SYLVESTER, an individual;
21  MICHAEL SHERRY, an individual; CHENERY
    ASSOCIATES, a general partnership; CHENERY
22  ASSOCIATES, INC., a California corporation;
    CHENERY MANAGEMENT, INC., a California
23  corporation; CHENERY INVESTMENTS, INC., a
    California corporation; CHENERY SERVICES,
24  INC., a California corporation; CHENERY
    CAPITAL, INC., a California corporation;
25  SUSSEX FINANCIAL ENTERPRISES, INC., a
    California corporation; ROY E. HAHN, an
26  individual; DOES ONE THROUGH THIRTY,
    inclusive;
27              Defendants.

28

_____

STIPULATION TO DISMISSAL OF CHENERY DEFENDANTS (Case No. 3:04-CV-5357)

Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

1   WHEREAS, Plaintiff Reese M. Jones has reached a settlement with Defendants

2   Chenery Associates, Chenery Associates, Inc., Chenery Management, Inc., Chenery

3   Investments, Inc., Chenery Services, Inc., Chenery Capital, Inc., Sussex Financial

4   Enterprises, Inc. and Roy E. Hahn (collectively, "Chenery defendants");

5   IT IS HEREBY STIPULATED by and between the undersigned counsel of record

6   for Plaintiff Reese M. Jones, the Chenery defendants, and Defendants Deutsche Bank AG

7   and Deutsche Bank Securities, Inc. that all Chenery defendants shall be dismissed with

8   prejudice from this action pursuant to Fed.R.Civ.Proc. 41(a)(1).  Nothing in this

9   Stipulation affects or impairs: (1) the right of Deutsche Bank AG and Deutsche Bank

10   Securities, Inc. to assert any claims, in this or any other action, against the Chenery

11   defendants, relating to the subject matter of this or any other case, including, but not

12   limited to, any claims for relief of rights it may have to offset, indemnification and

13   contribution; (2) the right of Deutsche Bank AG and Deutsche Bank Securities, Inc. to

14   raise the conduct of the Chenery defendants for any purpose in the defense of this action;

15   and (3) any other rights of Deutsche Bank AG and Deutsche Bank Securities, Inc.

16   This stipulation shall not waive the confidential nature of the settlement or its

17   terms.  The attorney for the filing party attests that concurrence in this document has been

18   obtained from the other signatories.

19

20

21

22   Dated:  May 26, 2006          LUKENS LAW GROUP
                                   JENNIFER L. JONAK (SBN 191323)

23                                 BY: _____/s/ Jennifer L. Jonak_____
24                                      JENNIFER L. JONAK
                                        *Attorneys for Plaintiff Reese M. Jones*

25   Dated:  May 26, 2006          FREELAND COOPER & FOREMAN LLP
26                                 DANIEL T. BERNHARD (SBN 104229)

27                                 BY: __/s/ Daniel T. Bernhard_____
28                                      DANIEL T. BERNHARD
                                        *Attorneys for Chenery defendants*

1  Dated:  May 26, 2006

2

3  

4

5

6

7  IT IS SO ORDERED.

8  06/05/06

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEWEY BALLANTINE LLP
DIANNE F. COFFINO

BY:  ___/s/ Dianne F. Coffino_____
      DIANNE F. COFFINO
      *Attorneys for Deutsche Bank defendants*


**ORDER**

_____
      HON. JAMES WARE
      U.S. DISTRICT COURT JUDGE