1  David S. McLeod (SBN 66808)
   DEWEY BALLANTINE LLP
2  333 South Grand Avenue, Suite 2600
   Los Angeles, California 90071-1530
3  Telephone: (213) 621-6000
   Facsimile: (213) 621-6100
4
5  Lawrence M. Hill
   Seth C. Farber
   Dianne Coffino
6  DEWEY BALLANTINE LLP
   1301 Avenue of the Americas
7  New York, New York 10019-6092
   Telephone: (212) 259-8000
8  Facsimile: (212) 259-6333

9  Attorneys for Defendants
   DEUTSCHE BANK AG and DEUTSCHE
10 BANK SECURITIES, INC., d/b/a
   DEUTSCHE BANK ALEX. BROWN,
11 A DIVISION OF DEUTSCHE BANK
   SECURITIES, INC.
12



IT IS SO ORDERED
Judge James Ware

13          IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 REESE M. JONES,                              )   Case No. C-04-5357 JW
                                                )
17          Plaintiff,                          )   **STIPULATION TO ADJOURN CASE**
                                                )   **MANAGEMENT CONFERENCE; AND**
18 vs.                                          )   **[PROPOSED] ORDER THEREON**
                                                )
19 DEUTSCHE BANK AG, a corporation;             )   Honorable James Ware
   DEUTSCHE BANK SECURITIES, INC, a             )
20 corporation; MIO SYLVESTER, an individual;   )   Case Management Conference Date:
   MICHAEL SHERRY, an individual;               )   April 24, 2006
21 CHENERY ASSOCIATES, a general                )
   partnership; CHENERY ASSOCIATES, INC., a    )
22 California corporation; CHENERY              )
   MANAGEMENT, INC., a California               )
23 corporation; CHENERY INVESTMENTS,            )
   INC., a California corporation; CHENERY      )
24 SERVICES, INC., a California corporation;    )
   CHENERY CAPITAL, INC., a California          )
25 corporation; SUSSEX FINANCIAL                )
   ENTERPRISES, INC., a California corporation; )
26 ROY E. HAHN, an individual; DOES ONE         )
   THROUGH THIRTY, inclusive;                   )
27                                              )
           Defendants.                          )
28
_____
STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE;
AND [PROPOSED] ORDER THEREON
                                                                C-04-5357 JW (RS)

DEWEY BALLANTINE LLP
333 South Grand Avenue
Los Angeles, California 90071-1530

WHEREAS, a case management conference in this action is set for June 19, 2006 (the "June 19 Conference"); and

WHEREAS, in connection with the June 19 Conference, the parties were required to file a joint statement of undisputed facts for purposes of summary judgment motions by June 9, 2006;

WHEREAS, the United States government has filed a motion seeking a stay of certain discovery in this action, which motion is scheduled to be heard before this Court on June 12, 2006;

WHEREAS, in connection with the stay motion, the parties have agreed to postpone all depositions in this case until after July 15, 2006 to allow this Court time to rule on the stay motion, which ruling will impact the schedule in this action; and

WHEREAS, in light of these developments and the pending motion to stay, the parties have conferred and agreed that, subject to the approval of the Court, it would be prudent to adjourn the June 19 Conference to July 31, 2006. The parties further stipulate and agree, subject to the approval of the Court, that it would be prudent to adjourn submission of a joint case management statement to a date to be determined at the July 31, 2006 Conference, since that date will necessarily be impacted by the Court's ruling on the June 12 motion to stay.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

1. The June 19, 2006 case management conference is adjourned to July 31, 2006.

Dated: June 2, 2006

DEWEY BALLANTINE LLP

By: _____
Dianne Coffino

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

Dated: June 2, 2006                              LUKENS LAW GROUP

By: _____
     Jennifer Jonak

*Attorneys For Plaintiff Reese M. Jones*

## ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefore, it is ORDERED that the June 19 Conference in the above-referenced matter is ADJOURNED to July 31, 2006. The parties are not required to file a joint case management statement in advance of the ~~July 31~~, 2006 case management conference.
Sept. 11, 2006 at 10:00am

Dated: June 5, 2006

_____
Honorable James Ware
United States District Judge

DEWEY BALLANTINE LLP
333 South Grand Avenue
Los Angeles, California 90071-1530

4
STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE;
AND [PROPOSED] ORDER THEREON
C-04-5357 JW (RS)