| | |
|---|---|
| 1 | LUKENS LAW GROUP |
| | WILLIAM M. LUKENS (SBN 037196) |
| 2 | JENNIFER L. JONAK (SBN 191323) |
| | LOUIS H. PUGH (SBN 208555) |
| 3 | One Maritime Plaza, Suite 1600 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 433-3000 |
| | Facsimile: (415) 781-1034 |
| 5 | |
| | FENSTERSTOCK & PARTNERS, LLP |
| 6 | MAUREEN M. MCGUIRL (SBN 104071) |
| | 30 Wall Street |
| 7 | New York, NY 10005 |
| | Telephone:  (212) 785-4100 |
| 8 | Facsimile:  (212) 785-4040 |
| 9 | Attorneys for Plaintiff Reese M. Jones |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, an individual, | Case No. C 04 5357 JW (RS) |
| Plaintiff, | |
| v. | **STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |
| DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC, a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; DOES ONE THROUGH THIRTY, inclusive; | |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff Reese M. Jones and Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc., by and through their counsel of record, as follows:

---

STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON (No. 04-5357 JW (RS))

1          WHEREAS, a case management conference in this action is set for October 2,
2  2006;
3          WHEREAS, in connection with this case management conference the parties are
4  to submit a Joint Case Management Statement by September 25, 2006;
5          WHEREAS, counsel for Plaintiff Reese M. Jones will be out of the country during
6  the time of the case management conference;
7          WHEREAS, the parties have conferred and agreed that, subject to the approval of
8  the Court, it would be prudent to adjourn the October 2, 2006 case management
9  conference and submission of the Joint Case Management Statement at a date convenient
10  for all parties and their counsel;
11         NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the
12  parties, subject to the Court's approval, that:
13      1.  The case management conference in this action set for October 2, 2006 is
14          adjourned to 10:00 a.m. on October 30, 2006.
15      2.  The Joint Case Management Statement shall be submitted to the Court by
16          October 20, 2006.

Dated:  September 11, 2006                LUKENS LAW GROUP

                                          By:   /s/ Jennifer L. Jonak
                                                Jennifer Jonak
                                          *Attorneys For Plaintiff Reese M. Jones*


Dated:  September 11, 2006                DEWEY BALLANTINE LLP


                                          By:   /s/ Dianne Coffino
                                                Dianne Coffino

                                          *Attorneys for Defendants Deutsche Bank AG
                                          and Deutsche Bank Securities Inc.*

1 **ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that the October 2, 2006 case management conference is ADJOURNED to October 30, 2006 at 10:00 a.m., and that the parties shall submit their Joint Case Management Statement by October 20, 2006.

Dated: September 13, 2006

_____
Honorable James Ware
United States District Judge