IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Reese M. Jones, | NO. C 04-05357 JW |
|     Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT** |
| v. | |
| Deutsche Bank AG et al, | |
|     Defendants. | |

On November 1, 2005, the Clerk's Office entered default against Defendants Mio Sylvester ("Sylvester") and Michael Sherry ("Sherry"). The Plaintiff has motioned the Court for entry of a default judgment against Sylvester and Sherry. A hearing is set for September 18, 2006. The Court will call the case at that time. Pending any objections on September 18, the Court intends to grant the default judgment against Sylvester and Sherry.

Dated: September 13, 2006

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrienne Marie Mundy-Shephard amundyshephard@deweyballantine.com
Amy Lynn Rice Amy@wccfamilylaw.com
Christine Chi cchi@dbllp.com
Daniel T. Bernhard bernhard@freelandlaw.com
David Eldon Crowe dcrowe@dbllp.com
David S. McLeod dmcleod@dbllp.com
Dianne F. Coffino dcoffino@dbllp.com
Jeffrey R. Witham jwitham@dbllp.com
Jennifer L. Jonak jenny@jonak.com
Joseph A Sergi joseph.a.sergi@usdoj.gov
Matthew S Weiler mweiler@deweyballantine.com
Megan Christine Roth mroth@zimkalaw.com
Stephen Allen Watson swatson@watsonlawgroup.com
Stewart H. Foreman foreman@freelandlaw.com
William M. Lukens wlukens@lukenslaw.com

**Dated: September 13, 2006**              **Richard W. Wieking, Clerk**

                                           **By: /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California