IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Reese M. Jones, | NO. C 04-05357 JW |
|       Plaintiff,<br>v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| Deutsche Bank AG, et al., | |
|       Defendants.<br>_____/ | |

Pursuant to the Court's September 22, 2006 Order Granting Plaintiff's Motion for Entry of Default Judgment, judgment is entered for Plaintiff Reese M. Jones against Defendants Michael Sherry and Mio Sylvester.

Michael Sherry and Mio Sylvester are jointly and severally liable, in the amount of $75,162,312 with interest accruing at the statutory rate from the date of entry until paid. This judgment shall be joint and several with respect to the other parties in this action, and any satisfaction of the judgment within shall be deemed satisfaction of amounts owed by the other defendants in this action.

Dated: September 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrienne Marie Mundy-Shephard amundyshephard@deweyballantine.com
Amy Lynn Rice Amy@wccfamilylaw.com
Christine Chi cchi@dbllp.com
Daniel T. Bernhard bernhard@freelandlaw.com
David Eldon Crowe dcrowe@dbllp.com
David S. McLeod dmcleod@dbllp.com
Dianne F. Coffino dcoffino@dbllp.com
Jeffrey R. Witham jwitham@dbllp.com
Jennifer L. Jonak jenny@jonak.com
Joseph A Sergi joseph.a.sergi@usdoj.gov
Matthew S Weiler mweiler@deweyballantine.com
Megan Christine Roth mroth@zimkalaw.com
Stephen Allen Watson swatson@watsonlawgroup.com
Stewart H. Foreman foreman@freelandlaw.com
William M. Lukens wlukens@lukenslaw.com

**Dated: September 22, 2006**                    **Richard W. Wieking, Clerk**


                                **By:   /s/ JW Chambers**
                                    **Elizabeth Garcia**
                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California