*E-Filed 10/03/2006*

1     LUKENS LAW GROUP
      WILLIAM M. LUKENS (SBN 037196)
2     JENNIFER L. JONAK (SBN 191323)
      LOUIS H. PUGH (SBN 208555)
3     One Maritime Plaza, Suite 1600
      San Francisco, CA 94111
      Telephone: (415) 433-3000
4     Facsimile: (415) 781-1034

5     FENSTERSTOCK & PARTNERS, LLP
      BLAIR C. FENSTERSTOCK
6     MAUREEN M. MCGUIRL
      30 Wall Street
7     New York, NY 10005
      Telephone:  (212) 785-4100
8     Facsimile:  (212) 785-4040

9     RUBY & SCHOFIELD
      ALLEN J. RUBY (SBN 047109)
10    125 South Market Street, Suite 1001
      San Jose, CA 95113
11    Telephone: (408) 998-8500
      Facsimile: (408) 998-8503

12

13    Attorneys for Plaintiff Reese M. Jones

**UNITED STATES DISTRICT COURT**
14           **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16   REESE M. JONES, an individual, | Case No. C 04 5357 JW (RS) |
| 17        Plaintiff, | **[~~PROPOSED~~] SEALING ORDER RELATING TO CLAIMED CONFIDENTIAL INFORMATION** |
| 18        v. | |
| 19   DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC., a | **[N.D. Cal. Local R. 79-5(c)]** |
| 20   corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY | |
| 21   ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; | |
| 22   CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a | Hon. Richard Seeborg |
| 23   California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY | |
| 24   CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a | |
| 25   California corporation; ROY E. HAHN, an individual; DOES ONE THROUGH THIRTY, | |
| 26   inclusive; | |
| 27        Defendants. | |

28

Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

1    Plaintiff Reese M. Jones ("Jones") and Defendants Deutsche Bank AG and

2    Deutsche Bank Securities, Inc. (collectively, "Deutsche Bank") have stipulated to the

3    replacement of the current versions of Deutsche Bank's Motion to Compel Production of

4    Documents by Mr. Mark Annala / M.L. Annala & Associates and Plaintiff Reese M.

5    Jones ("Motion to Compel") and the Declaration of Adam J. Kaiser in support thereof

6    ("Kaiser Declaration"), filed under Docket Nos. 212 and 213, with redacted versions of

7    the Motion to Compel and the Kaiser Declaration; and that unredacted versions of the

8    Motion to Compel  and Kaiser Declaration be filed under seal in compliance with local

9    rules.  Jones has requested, with deutsche Bank's consent, the Court on October 2, 2006,

10   to seal portions of the Motion to Compel and Kaiser Declaration; and upon consideration

11   of the pleading and judicially noticed facts,

12

13       IT IS HEREBY ORDERED:

14

15       1.    Deutsche Bank's Motion to Compel Production of Documents by Mr.

16   Mark Annala / M.L. Annala & Associates and Plaintiff Reese M. Jones, Docket No.

17   212,  and the Declaration of Adam J. Kaiser in support thereof, Docket No. 213, shall

18   be removed from the docket to prevent public viewing;

19       2.    The Redacted Motion to Compel and Kaiser Declaration attached as

20   Exhibits A and B to Stipulation for Sealing Order Relating to Claimed Confidential

21   Information, filed concurrently herewith, shall be filed and entered into the docket;

22       3.    The parties shall arrange to have non-redacted versions of the Motion to

23   Compel and the Kaiser Declaration filed in compliance with Local Rule 79-5(b). 4.

24       The operative filing date for all purposes of the redacted Motion to Compel and

25   Kaiser Declaration shall remain August 23, 2006, and the entry of this Order shall not

26   result in an adjournment of the hearing, currently scheduled for October 4, 2006, on the

27   Motion to Compel, which has been fully briefed.

28

1    IT IS SO ORDERED.

2

3    Dated: October 3 , 2006

        _____
4                        Honorable Richard Seeborg
                         United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28