KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Facsimile: (415) 436-6748
SHIRAH NEIMAN
Assistant United States Attorney
Chief Counsel to the U.S. Attorney for the
Southern District of New York
 U.S. Attorney's Office
 One St. Andrew's Plaza
 NY, NY 10007
 Telephone: (212) 637-2576
 Facsimile : (212) 637-2615
 shirah.neiman@usdoj.gov

Attorneys for United States of America

*E-FILED 11/20/06*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| REESE M. JONES, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK, AG a corporation, et al. | **Case No. CV-04-05357 JW (RS)** <br> (Related Cases: CV-06-2064 JW (RS), <br> CV-03-04518 JW (RS)) <br><br> APPLICATION TO <br> CONTINUE HEARING AND <br> [XXXXXX] [proposed] ORDER <br><br> Hearing: December 27, 2006 at 9:30 a.m. |

The United States of America respectfully requests that the Court continue the hearing on the United States' Motion for Stay of One Deposition Pending Completion of S.D.N.Y. *Stein* Criminal Tax Shelter Trial currently scheduled for November 22, 2006, at 9:30 a.m., to December 27, 2006, at 9:30 a.m. The grounds for this request are:

1. The United States filed a Motion to Stay the Piovanetti deposition in this case pending the completion of the *Stein* criminal trial. Subsequently, the United States modified its request to stay the deposition until May 1, 2007 - just prior to the *Jones* discovery cutoff date. That motion is scheduled for hearing on Wednesday, November 22, 2006 before Magistrate Judge Richard

Seeborg.

2. On November 13, Judge Kaplan in the S.D.N.Y. issued a memorandum and order in *United States v. Stein*, et al., SI 05 Crim 0888 (LAK)(S.D.N.Y.) adjourning the trial. Judge Kaplan scheduled a conference on December 20, 2007 to consider possible trial dates.

3. The United States and counsel for Plaintiff, Reese M. Jones, have conferred and agreed to continue the hearing on the government's motion to stay the Piovanetti deposition until after the December 20, 2006 status conference in *Stein* because one possible outcome of that conference is to commence the *Stein* trial well after the discovery cutoff in this case. In that event, the government would not seek to stay the Piovanetti deposition.

Accordingly, the United States respectfully requests that the Court continue the hearing on the United States' Motion to stay the Piovanetti deposition currently scheduled for November 22, 2006, at 9:30 a.m., to December 27, 2006, at 9:30 a.m.

Dated this 20th day of November, 2006.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

**ORDER**

Pursuant to the Application by the United States of America as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the hearing date on the United States' Motion for Stay of One Deposition currently scheduled for November 22, 2006, at 9:30 a.m., is rescheduled to December 27, 2006, at 9:30 a.m.

Dated: November 20, 2006

RICHARD SEEBORG
United States Magistrate Judge

Jones v. Deutsche Bank, et al.  Case No. CV-04-05357 JW (RS)
Application to Continue Hearing
and [proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jones v. Deutsche Bank,et al.  Case No.
 CV-04-05357 JW (RS)
Application to Continue Hearing
and [proposed] Order