KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Facsimile: (415) 436-6748
SHIRAH  NEIMAN
Assistant United States Attorney
Chief Counsel to the U.S. Attorney for the
Southern District of New York
 U.S. Attorney's Office
 One St. Andrew's Plaza
 NY, NY 10007
 Telephone: (212) 637-2576
 Facsimile : (212) 637-2615
 shirah.neiman@usdoj.gov

Attorneys for United States of America

*E-FILED 12/28/06*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| REESE M. JONES, | **Case No. CV-04-05357 JW (RS)** |
| Plaintiff, | (Related Cases: CV-06-2064 JW (RS), CV-03-04518 JW (RS) |
| v. | |
| DEUTSCHE BANK, AG a corporation, et al. | APPLICATION TO CONTINUE HEARING AND [proposed] ORDER |
| | Hearing: February 7, 2007 at 9:30 a.m. |

 The United States of America respectfully requests that the Court continue the hearing on the United States' Motion for Stay of One Deposition Pending Completion of S.D.N.Y. *Stein* Criminal Tax Shelter Trial, currently scheduled for December 27, 2006, at 9:30 a.m., to February 7, 2007, at 9:30 a.m.  The grounds for this request are:

 1. The United States filed a Motion to Stay the Piovanetti deposition in this case pending the completion of the *Stein* criminal trial.  That motion was re-scheduled for hearing on December 27, 2006, before Magistrate Judge Richard Seeborg.

2. On December 20, 2006, Judge Kaplan in the S.D.N.Y. scheduled trial in *United States v. Stein*, et al., SI 05 Crim 0888 (LAK)(S.D.N.Y.) to commence in September, 2007.

3. The United States and counsel for Plaintiff, Reese M. Jones, have conferred and agreed to continue the hearing on the government's motion to stay the Piovanetti deposition until February 7, 2007, in order to allow the parties to resolve this matter without judicial intervention. The parties believe that they can resolve this matter prior to February 7, 2007.

Accordingly, the United States respectfully requests that the Court continue the hearing on the United States' Motion to stay the Piovanetti deposition currently scheduled for December 27, 2006, at 9:30 a.m., to February 7, 2007, at 9:30 a.m.

Dated this 27th day of December, 2006.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

## ORDER

Pursuant to the Application by the United States of America as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the hearing date on the United States' Motion for Stay of One Deposition currently scheduled for December 27, 2006, at 9:30 a.m., is rescheduled to February 7, 2006, at 9:30 a.m.

Dated: December 27, 2006

RICHARD SEEBORG
United States Magistrate Judge

Jones v. Deutsche Bank, et al.   Case No. CV-04-05357 JW (RS)
Application to Continue Hearing
and [proposed] Order                    2