David S. McLeod (SBN 66808)
Jeffrey R. Witham (SBN 116392)
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

Lawrence M. Hill
Seth C. Farber
Adam J. Kaiser
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., d/b/a Deutsche Bank Alex. Brown, a division of Deutsche Bank Securities Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC., a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No: C-04-5357 JW (RS)<br><br>**STIPULATED REQUEST FOR ENTRY OF REVISED SCHEDULING ORDER** |

This Stipulation is entered into by and between Plaintiff Reese M. Jones and Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc., by and through their counsel of record, as follows:

1. Plaintiff and Defendants have agreed to mediation.

2. Plaintiff and Defendants have agreed, subject to the Court's approval, to extend the deadline for close of discovery set forth in the Court's October 30, 2006 Revised Scheduling Order from May 4, 2007 to July 4, 2007.

3. Accordingly, Plaintiff and Defendants' jointly request that the Court enter the proposed Revised Scheduling Order attached hereto.

Dated: January 18, 2007

DEWEY BALLANTINE LLP
David S. McLeod
Jeffrey R. Witham
Lawrence M. Hill
Seth C. Farber
Adam J. Kaiser

By:_____/s/ Adam J. Kaiser_____
        Adam J. Kaiser

Attorneys for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., d/b/a Deutsche Bank Alex. Brown, a Division of Deutsche Bank Securities Inc.

Dated: January 18, 2007

LUKENS LAW GROUP
William Lukens
Jennifer Jonak

By:_____/s/ Jennifer Jonak_____
        Jennifer Jonak

Attorneys for Plaintiff

David S. McLeod (SBN 66808)
Jeffrey R. Witham (SBN 116392)
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

Lawrence M. Hill
Seth C. Farber
Adam J. Kaiser
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., d/b/a Deutsche Bank Alex. Brown, a division of Deutsche Bank Securities Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC., a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. C-04-5357 JW (RS)<br><br>~~PROPOSED~~ REVISED SCHEDULING ORDER |

Stipulation to Amend Scheduling Order **C-04-5357 JW (RS)**

1  The deadline for the close of discovery set forth in the Court's October 30, 2006
2  Revised Scheduling Order is hereby extended to July 4, 2007.

Dated: January 19, 2007

_____
The Honorable James Ware