| | |
|---|---|
| 1  David S. McLeod (SBN 66808)<br>   Jeffrey R. Witham (SBN 116392)<br>2  DEWEY BALLANTINE LLP<br>   333 South Grand Avenue, Suite 2600<br>3  Los Angeles, California 90071-1530<br>   Telephone: (213) 621-6000<br>4  Facsimile: (213) 621-6100 | *E-FILED 3/16/07* |

5  Lawrence M. Hill
   Seth C. Farber
6  Adam J. Kaiser
   DEWEY BALLANTINE LLP
7  1301 Avenue of the Americas
   New York, New York 10019-6092
8  Telephone: (212) 259-8000
   Facsimile: (212) 259-6333

9
   Attorneys for Defendants Deutsche Bank AG,
10 Deutsche Bank Securities Inc., d/b/a Deutsche
   Bank Alex. Brown, a division of Deutsche Bank
11 Securities Inc.

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  REESE M. JONES,         )<br>                             )<br>16           Plaintiff,     )<br>                             )<br>17       vs.                 )<br>                             )<br>18  DEUTSCHE BANK AG, a corporation; )<br>    DEUTSCHE BANK SECURITIES, INC., a )<br>19  corporation; MIO SYLVESTER, an individual; )<br>    MICHAEL SHERRY, an individual; )<br>20  CHENERY ASSOCIATES, a general )<br>    partnership; CHENERY ASSOCIATES, INC., a)<br>21  California corporation; CHENERY )<br>    MANAGEMENT, INC., a California )<br>22  corporation; CHENERY INVESTMENTS, )<br>    INC., a California corporation; CHENERY )<br>23  SERVICES, INC., a California corporation; )<br>    CHENERY CAPITAL, INC., a California )<br>24  corporation; SUSSEX FINANCIAL )<br>    ENTERPRISES, INC., a California corporation;)<br>25  ROY E. HAHN, an individual; and DOES ONE )<br>    THROUGH THIRTY, inclusive; )<br>26           Defendants. )<br>                             )<br>27                           )<br>                             )<br>28  _____ ) | Case No. C-04-5357 JW (RS)<br><br>[PROPOSED] ORDER ON REQUEST<br>FOR EXTENSION OF TIME |

[Proposed] Order to Extend Time   C-04-5357 JW (RS)

The Plaintiff Reese M. Jones and Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc. have stipulated to extend the time for Deutsche Bank's filing of its Opposition to Plaintiff's Motion to Compel Production of Privilege Log and Documents to April 2, 2007. This is so that to the extent the Court's ruling on the pending motion to stay impacts Deutsche Bank's position to Plaintiff's Motion to Compel, Deutsche Bank can respond accordingly.

The parties having jointly requested the Court on March 15, 2007 to extend the time for Deutsche Bank's filing of its Opposition to Plaintiff's Motion to Compel Production of Privilege Log and Documents to April 2, 2007,

IT IS HEREBY ORDERED:

1. The filing date for Deutsche Bank's Opposition to Plaintiff's Motion to Compel Production of Privilege Log and Documents is extended to April 2, 2007. The hearing date and date for Plaintiff to file a reply shall remain the same.

Dated: March 16, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge

Proposed Order to Extend Time C-04-5357 JW (RS)