LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
LOUIS H. PUGH (SBN 208555)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

FENSTERSTOCK & PARTNERS, LLP
BLAIR C. FENSTERSTOCK
MAUREEN M. MCGUIRL
30 Wall Street
New York, NY 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4040

RUBY & SCHOFIELD
ALLEN J. RUBY (SBN 047109)
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff Reese M. Jones

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, an individual, | Case No. C 04 5357 JW (RS) |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER RELATING TO CLAIMED CONFIDENTIAL INFORMATION |
| v. | |
| DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC, a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; DOES ONE THROUGH THIRTY, inclusive; | [N.D. Cal. Local R. 79-5] |
| Defendants. | |

Plaintiff Reese M. Jones ("Jones") and Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc. (collectively, "Deutsche Bank") have stipulated to the replacement of the currently-filed version the Declaration of Adam J. Kaiser in Support of Deutsche Bank's Motion to Compel Arbitration and to Dismiss or Stay Proceedings ("Kaiser Declaration"), filed under Docket No. 272 with a redacted version of the Kaiser Declaration; and that unredacted version of the Kaiser Declaration be filed under seal in compliance with local rules.

The Parties having jointly requested the Court on March 8, 2007, to seal portions of the Kaiser Declaration and upon consideration of the pleading and judicially noticed facts,

IT IS HEREBY ORDERED:

1. The Declaration of Adam J. Kaiser in Support of Deutsche Bank's Motion to Compel Arbitration and to Dismiss or Stay Proceedings, Docket No. 272, shall be removed from the docket to prevent public viewing;

2. The redacted Kaiser Declaration attached as Exhibit A to the Stipulation for Sealing Order Relating to Claimed Confidential Information, filed on March 8, 2007, shall be filed and entered into the docket;

3. The parties shall arrange to have non-redacted versions of the Motion to Compel and the Kaiser Declaration filed in compliance with Local Rule 79-5(c).

4. The operative filing date for all purposes of the redacted Kaiser Declaration is March 2, 2007, and this filing of the Kaiser Declaration shall not impact any currently noticed hearings related to Deutsche Bank's Motion to Compel Arbitration and to Dismiss Proceedings already on calendar as of the date of this Order, or any deadlines for the filing of pleadings related thereto.

IT IS SO ORDERED.

Dated: March 22, 2007

_____
Honorable James Ware
United States District Judge