*E-FILED 3/23/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REESE M. JONES, | NO. C 04 5357 JW (RS) |
| Plaintiff, | **ORDER STRIKING "SURREBUTTAL"** |
| v. | |
| DEUTSCHE BANK AG, et al., | |
| Defendants. | |

Plaintiff's "Surrebuttal" brief and supporting declaration (Docket Nos. 299 and 300) were filed without prior leave of court in violation of Civil Local Rule 7-3 (d) and are hereby stricken.

IT IS SO ORDERED.

Dated: March 23, 2007

RICHARD SEEBORG
United States Magistrate Judge