**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Reese Jones, | NO. C 04-05357 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| Deutsche Bank AG, et al., | |
| Defendants. | |

On its own motion, the Court continues the hearing on Defendants' Motion for Judgment on the Pleadings presently scheduled for June 4, 2007 is continued to **June 25, 2007 at 9 a.m.**

Dated: May 8, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam J Kaiser akaiser@dbllp.com
Amy Lynn Rice Amy@wccfamilylaw.com
Christine Chi cchi@dbllp.com
Cynthia Lewis Stier cynthia.stier@usdoj.gov
Daniel T. Bernhard bernhard@freelandlaw.com
David Eldon Crowe dcrowe@dbllp.com
David S. McLeod dmcleod@dbllp.com
Jeffrey R. Witham jwitham@dbllp.com
Jennifer Lee Jonak jenny@jonak.com
Joseph A Sergi joseph.a.sergi@usdoj.gov
Lawrence M. Hill lhill@dbllp.com
Matthew S Weiler mweiler@morganlewis.com
Megan Christine Roth mroth@zimkalaw.com
Robin L. Moore rlmoore@deweyballantine.com
Seth C. Farber sfarber@dbllp.com
Stephen Allen Watson swatson@watsonlawgroup.com
Stewart H. Foreman foreman@freelandlaw.com
William M. Lukens wlukens@lukenslaw.com

**Dated:  May 8, 2007**                         **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California