LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
LOUIS H. PUGH (SBN 208555)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

FENSTERSTOCK & PARTNERS, LLP
BLAIR C. FENSTERSTOCK
MAUREEN M. MCGUIRL
30 Wall Street
New York, NY 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4040

RUBY & SCHOFIELD
ALLEN J. RUBY (SBN 047109)
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff Reese M. Jones

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE M. JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AG, a corporation; DEUTSCHE BANK SECURITIES, INC, a corporation; MIO SYLVESTER, an individual; MICHAEL SHERRY, an individual; CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. C 04 5357 JW (RS)<br><br>STIPULATION TO ~~DIMISSAL~~ DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(A)<br><br>Date:<br>Time:<br>Courtroom: 8, 4th Floor<br>Hon. James Ware |

STIPULATION TO DISMISSAL OF ACTION (No. C 04 5357 JW) (RS)

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Reese M. Jones and Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc., by and through their counsel of record, do hereby stipulate and agree to the dismissal of this action with prejudice, with each party to bear their own costs.

Dated: January 17, 2008                    LUKENS LAW GROUP

                                           By: ____/s/ William M. Lukens____
                                                   William M. Lukens

                                           *Attorneys For Plaintiff Reese M. Jones*


Dated: January 31, 2008                    DEWEY & LEBOEUF LLP

                                           By: _____Adam J. X_____
                                                   ADAM J. KAISER

                                           *Attorneys for Defendants Deutsche
                                           Bank AG and Deutsche Bank
                                           Securities Inc.*


*** ORDER ***

In an effort to clear its docket, the Court terminates all pending motions, hearings and deadlines. The Clerk shall close this file.

Dated: February 7, 2008                    _____James Ware_____
                                           United States District Judge